**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| HARRIS COUNTY, TEXAS | § | |
| | § | |
| *versus* | § | Civil Action 4:20−cv−00733 |
| | § | |
| Teva Pharmaceuticals USA, Inc., et al. | § | |

# Notice of Reassignment

This case is reassigned to Judge Charles Eskridge.

Entered: March 6, 2020                                    David J. Bradley, Clerk